**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____    Chapter  **12**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **JLJ Farms, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-4103723** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **29862 Emmett Road**<br>**Caldwell, ID 83607**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Canyon**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    **n/a**

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **JLJ Farms, LLC** _____    Case number (*if known*) _____
     Name

**7.**  **Describe debtor's business**   A. *Check one:*

  ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

  ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

  ☐ Railroad (as defined in 11 U.S.C. § 101(44))

  ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

  ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

  ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

  ■ None of the above

  B. *Check all that apply*

  ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

  ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

  ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

  C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    ____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

  ☐ Chapter 7

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

  ☐ Chapter 9

  ☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

  ■ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

  ■ No.

  ☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

  ■ No

  ☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

Debtor    **JLJ Farms, LLC**    Case number (if known) _____
　　　　　Name

---

**11.  Why is the case filed in
      this district?**       *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
  preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or
      have possession of any
      real property or personal
      property that needs
      immediate attention?**

☐ No
■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
  livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **Crops**

**Where is the property?**    **29862 Emmett Road
                              Caldwell, ID, 83607-0000**

                              Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.    Insurance agency    _____
　　　　　Contact name       _____
　　　　　Phone              _____

---

■   **Statistical and administrative information**

**13.  Debtor's estimation of
      available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of
      creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **JLJ Farms, LLC**                                    Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 31, 2020**
                MM / DD / YYYY

**X** **/s/ LaurieAnn Shoemaker**                          **LaurieAnn Shoemaker**
Signature of authorized representative of debtor            Printed name

Title     **Managing Member**

**18. Signature of attorney**

**X** **/s/ Patrick J. Geile**                     Date    **July 31, 2020**
Signature of attorney for debtor                           MM / DD / YYYY

**Patrick J. Geile**
Printed name

**Foley Freeman, PLLC**
Firm name

**PO Box 10**
**Meridian, ID 83680**
Number, Street, City, State & ZIP Code

Contact phone    **(208) 888-9111**     Email address    **abennett@foleyfreeman.com**

**6975 ID**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **JLJ Farms, LLC**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 31, 2020**     X */s/ LaurieAnn Shoemaker*
                                                Signature of individual signing on behalf of debtor

                                                **LaurieAnn Shoemaker**
                                                Printed name

                                                **Managing Member**
                                                Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    **JLJ Farms, LLC**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)   _____

☐ Check if this is an
    amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*..................................................................    $     **3,000,000.00**

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*...............................................................    $     **1,866,399.34**

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................    $     **4,866,399.34**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **1,829,586.58**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$     **82,586.80**

4. Total liabilities .......................................................................................................
    Lines 2 + 3a + 3b        $     **1,912,173.38**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **JLJ Farms, LLC** |
| United States Bankruptcy Court for the: **DISTRICT OF IDAHO** |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Zions Bank** | **Business Checking** | **4760** | $409.34 |
| 3.2. | **Idaho Central Credit Union** | **Business Checking** | **9732** | $300.00 |
| 3.3. | **Columbia Bank** | **Business Checking** | **0395** | $6,700.00 |
| 3.4. | **Columbia Bank** | **Business Checking** | **2557** | $3,050.00 |

4. **Other cash equivalents** (*Identify all*)

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $10,459.34 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **JLJ Farms, LLC**                                                     Case number *(if known)* _____
_____
Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** <br> **Dry corn for feedlots, 193 acres, 3 fields,** <br> **Canyon County, ID; Basis commodity contract** <br> **signed; futures cash contract TBD** | Unknown | Self Estimate | $200,000.00 |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* <br> **2016 Oteco - pivot track filler** | Unknown | Self Estimate | $9,900.00 |
| | **2012 Ag-Chem - self propelled sprayer unit** | Unknown | Self Estimate | $66,000.00 |
| | **2015 John Deere - combine cornhead** | Unknown | Self Estimate | $88,000.00 |
| | **2015 Orthman - disk pivot track filler** | Unknown | Self Estimate | $4,950.00 |
| | **2016 Demco - demco grain cart** | Unknown | Self Estimate | $55,000.00 |
| | **2012 John Deere - row crop tractor** | Unknown | Self Estimate | $236,500.00 |
| | **2015 John Deere - tractor** | Unknown | Self Estimate | $24,200.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **JLJ Farms, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **2014 New Holland - combine** | Unknown | Self Estimate | $180,000.00 |
| **2014 Ag-Engineering - dammer diker** | Unknown | Self Estimate | $20,000.00 |
| **2014 John Deere - planter** | Unknown | Self Estimate | $35,000.00 |
| **2013 John Deere - rotary flail cutter** | Unknown | Self Estimate | $10,450.00 |
| **2014 Orthman - strip tiller** | Unknown | Self Estimate | $35,000.00 |
| **2015 John Deere - crawler tractor** | Unknown | Self Estimate | $250,000.00 |
| **2009 New Holland , Header for Combine, Model 74C 30' Flex** | Unknown | Self Estimate | $10,000.00 |
| **2015 John Deere - Loader Model H240,** | Unknown | Self Estimate | $3,500.00 |
| **2006 John Deere - Offset Disk, 30',** | Unknown | Self Estimate | $12,000.00 |

31.     **Farm and fishing supplies, chemicals, and feed**

32.     **Other farming and fishing-related property not already listed in Part 6**

33.     **Total of Part 6.**                  $1,240,500.00

Add lines 28 through 32.  Copy the total to line 85.

34.     **Is the debtor a member of an agricultural cooperative?**

      ☒ No

      ☐ Yes.  Is any of the debtor's property stored at the cooperative?

           ☐ No

           ☐ Yes

35.     **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

      ☒ No

      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.     **Is a depreciation schedule available for any of the property listed in Part 6?**

      ☐ No

      ☒ Yes

37.     **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

      ☒ No

      ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.

    ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **JLJ Farms, LLC**                                    Case number *(If known)* _____
              Name

39.    **Office furniture**

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**
       **iPad Pivot monitor, office phone, and wifi**        Unknown    Self Estimate              $100.00
       **router**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                            | $100.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **1964 Hyster , Trailer - Low Bed Trailer** | Unknown | Self Estimate | $8,250.00 |
| --- | --- | --- | --- | --- |
| 47.2. | **Donahue Trailer, for Equipment** | Unknown | Self Estimate | $2,200.00 |
| 47.3. | **Trailer for Grain, Hopper Bottom** | Unknown | Self Estimate | $1,500.00 |
| 47.4. | **Trailer for Spray Tank** | Unknown | Self Estimate | $1,100.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

| 48.1. | **Eversman , Landplane** | Unknown | Self Estimate | $880.00 |
| --- | --- | --- | --- | --- |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**
       **Auger, for Bin, Model Hydraulic 6"x20'**        Unknown    Self Estimate              $110.00

Debtor    **JLJ Farms, LLC**
Name

Case number *(If known)*

| | | | |
|---|---|---|---|
| Corrugator w/ Markers, 7-row | Unknown | Self Estimate | $880.00 |
| Harrow & Drawbar, 6-section | Unknown | Self Estimate | $330.00 |
| Irrigation Handlines, Model 15 +/- quarter-mile 32-joint (with 40' long sticks) lines | Unknown | Self Estimate | $18,000.00 |
| Irrigation Siphon Tubes, Model count of several thousand pieces | Unknown | Self Estimate | $5,500.00 |
| Irrigation Mainline, 4", 5", and 6" | Unknown | Self Estimate | $5,500.00 |
| Motor for pump; Model 60 hp | Unknown | Self Estimate | $2,200.00 |
| Shop Tools (Compressors, Welders, Handtools) | Unknown | Self Estimate | $38,500.00 |
| Spray Tanks, 4500 gal. | Unknown | Self Estimate | $2,200.00 |
| 2008 Feterl , Auger, for Grain | Unknown | Self Estimate | $1,650.00 |
| International , Bed Harrow, 12-row | Unknown | Self Estimate | $880.00 |
| 2015 CrustBuster , CrustBuster Speed KIng, seed loader on trailer, Utility Trailer | Unknown | Self Estimate | $7,000.00 |
| 2015 Parma , Cultivator Model 719, | Unknown | Self Estimate | $550.00 |
| Alloway , Grain Auger, 60'x8" | Unknown | Self Estimate | $880.00 |
| Stoess , Header Cart, | Unknown | Self Estimate | $2,750.00 |
| Unverferth , Header Trailer for Combine | Unknown | Self Estimate | $2,200.00 |
| AaLadin , Hot Water Pressure Washer; | Unknown | Self Estimate | $880.00 |
| 2005 Pierce , Irrigation Pivot , 930 | Unknown | Self Estimate | $33,000.00 |
| 2006 Zimmatic Pivot , Irrigation Pivot 500', 3 tower | Unknown | Self Estimate | $16,500.00 |
| 2007 Zimmatic Pivot , Irrigation Pivot 650', 4 tower | Unknown | Self Estimate | $42,900.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     

Debtor   **JLJ Farms, LLC**
Name

Case number *(If known)*

| | | | |
|---|---|---|---|
| 2011 Schmeiser , Packer, 20' packer | Unknown | Self Estimate | $5,500.00 |
| 2015 Frontier , Pallet Forks Model AP12 | Unknown | Self Estimate | $550.00 |
| AgSense , Pivot Controller (8) | Unknown | Self Estimate | $8,800.00 |
| Berkely, Pumps, Pump Panels, 3-phase converter | Unknown | Self Estimate | $12,000.00 |
| 2014 Yetter , Row Cleaners | Unknown | Self Estimate | $2,750.00 |
| John Deere , RTK GPS Controllers , Model 2630 Touch Screens & 3000 Receivers | Unknown | Self Estimate | $55,000.00 |
| 2014 Valley, Irrigation Pivot ,New; Model Model 5000's, two 4 tower 700+ ft pivots (2) | Unknown | Self Estimate | $42,900.00 |
| Pump, Submersible, 60 HP | Unknown | Self Estimate | $11,000.00 |
| Pump, Turbine w/ Booster Pump, Model 250 HP (Turbine), 60 HP (Booster) | Unknown | Self Estimate | $44,000.00 |
| 2013 , Irrigation mainline and buried solid set sprinklers, Model About 70 sprinkers | Unknown | Self Estimate | $24,200.00 |
| 2000 Pierce , Irrigation Pivot ,New, 640', 3 tower | Unknown | Self Estimate | $16,500.00 |
| 2001 Pierce , Irrigation Pivot ,New, 600', 3 tower | Unknown | Self Estimate | $16,500.00 |
| 2001 Pierce , Irrigation Pivot ,New, 400', 2 tower | Unknown | Self Estimate | $9,900.00 |
| 2001 Pierce , Irrigation Pivot ,New, 400', 2 tower | Unknown | Self Estimate | $9,900.00 |
| 2012 Valley , Irrigation Pivot ,New, 4-tower, 783' | Unknown | Self Estimate | $42,900.00 |
| 2012 Valley , Irrigation Pivot ,New, 4-tower, 785' | Unknown | Self Estimate | $42,900.00 |
| 2012 Valley , Irrigation Pivot ,New, 3-tower, 550' | Unknown | Self Estimate | $24,200.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | JLJ Farms, LLC | | Case number *(If known)* | |
|--------|----------------|--|--------------------------|--|
| | Name | | | |

| | | | |
|--|--|--|--|
| 2008 Zimmatic , Irrigation Pivot ,New, 1320', 9-tower | Unknown | Self Estimate | $49,500.00 |

| | | |
|--|--|--|
| 51. | **Total of Part 8.** | $615,340.00 |
| | Add lines 47 through 50.  Copy the total to line 87. | |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **295 acres pivot irrigated farmland at 29862 Emmett Rd., Caldwell, ID 83607 in Canyon County, ID** | | Unknown | Self Estimate | $3,000,000.00 |

| | | |
|--|--|--|
| 56. | **Total of Part 9.** | $3,000,000.00 |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **JLJ Farms, LLC**                                          Case number *(If known)* _____
Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**NOL for 2019** _____    Tax year  **2019** _____    **Unknown**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    **$0.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **JLJ Farms, LLC**                                     Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,459.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $1,240,500.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $615,340.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $3,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,866,399.34 | + 91b. $3,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,866,399.34 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name __JLJ Farms, LLC__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Zions Bank**<br>Creditor's Name<br><br>**2460 S. 3270 West**<br>**Salt Lake City, UT 84119**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**6/14/2018**<br>**Last 4 digits of account number**<br>**9001** | Describe debtor's property that is subject to a lien<br>**295 acres pivot irrigated farmland at 29862 Emmett Rd., Caldwell, ID 83607 in Canyon County, ID**<br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$1,398,233.03** | **$3,000,000.00** |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Zions Bank**<br>Creditor's Name<br><br>**2460 S. 3270 West**<br>**Salt Lake City, UT 84119**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**6/14/2018**<br>**Last 4 digits of account number**<br>**9004** | Describe debtor's property that is subject to a lien<br>**Equipment Loan**<br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$367,854.16** | **$1,500,000.00** |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Debtor    **JLJ Farms, LLC**                                                    Case number (if known) _____
     Name

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
                             ☐ Contingent
                             ☐ Unliquidated
                             ☐ Disputed

---

| 2.3 | **Zions Bank** | Describe debtor's property that is subject to a lien | $63,499.39 | $1,500,000.00 |

     Creditor's Name                      **Operating Loan**

**2460 S. 3270 West**
**Salt Lake City, UT 84119**
Creditor's mailing address

                                      **Describe the lien**

Creditor's email address, if known

                                      **Is the creditor an insider or related party?**
                                      ☒ No
                                      ☐ Yes

**Date debt was incurred**                 **Is anyone else liable on this claim?**
**6/14/2018**                                 ☐ No
**Last 4 digits of account number**      ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**1090**
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
☒ No                                    ☐ Contingent
☐ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,829,586.58 |

---

<span style="background-color:black;color:white">**Part 2:**</span> **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

**Fill in this information to identify the case:**

Debtor name __**JLJ Farms, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Idaho State Tax Commission
Bankruptcy Division
P.O. Box 36
Boise, ID 83722**

Date or dates debt was incurred
**n/a**

Last 4 digits of account number **n/a**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Precautionary**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **Unknown**
Priority amount **Unknown**

**2.2** Priority creditor's name and mailing address

**IRS
PO Box 7346
Philadelphia, PA 19101-7346**

Date or dates debt was incurred
**n/a**

Last 4 digits of account number **n/a**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Precautionary**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **Unknown**
Priority amount **Unknown**

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

           **Amount of claim**

| Debtor | JLJ Farms, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,072.80 |
|---|---|---|---|

**Columbia Bank**
**P.O. Box 6353**
**Fargo, ND 58125-6353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Unknown**

Last 4 digits of account number  **0268**

Basis for the claim:  **Busniess Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,688.00 |
|---|---|---|---|

**Columbia Bank**
**P.O. Box 6353**
**Fargo, ND 58125-6353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Unknown**

Last 4 digits of account number  **0268**

Basis for the claim:  **Busniess Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,700.00 |
|---|---|---|---|

**Idaho Central Credit Union**
**4400 Central Way**
**Pocatello, ID 83202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2020**

Last 4 digits of account number  **3403**

Basis for the claim:  **SBA PPP Loan - Payroll Protection Program (2020 covid19 'CARES' Act)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,126.00 |
|---|---|---|---|

**John Deere Financial**
**PO BOX 4450**
**Carol Stream, IL 60197-4450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Unknown**

Last 4 digits of account number  **8920**

Basis for the claim:  **Deferred Seed loan on a multi-use LOC from John Deere Financial**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Columbia Bank**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Columbia Bank**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **John Deere Financial**<br>**6400 NW 86th St**<br>**PO Box 6600**<br>**Johnston, IA 50131-6600** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $     0.00 |

| Debtor | **JLJ Farms, LLC** | Case number *(if known)* | |
| | Name | | |

| | | | |
|---|---|---|---|
| **5b. Total claims from Part 2** | | 5b.  **+**  $ | **82,586.80** |
| | | | |
| **5c. Total of Parts 1 and 2** | | 5c.  $ | **82,586.80** |
| Lines 5a + 5b = 5c. | | | |

**Fill in this information to identify the case:**

Debtor name      **JLJ Farms, LLC**

United States Bankruptcy Court for the:      DISTRICT OF IDAHO

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Sale of 40,000 units of corn (price to be determined)** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Agri Beef Company**<br>**1555 Shoreline Dr # 320**<br>**Boise, ID 83702** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Leased Acreage: 27 acres ($250 per acre)of farmland leased to JLJ Farms, LLC, located north and east of the street address at: 20488 Pinto Rd, Caldwell, Idaho 83607 in Canyon County** | |
| State the term remaining | **Renewable year-to-year** | |
| List the contract number of any government contract | | **Joe Beumeler**<br>**29862 Emmett Road**<br>**Caldwell, ID 83607** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | **Leased Acreage: 112 acres ($250 per acre)of farmland leased to JLJ Farms, LLC, bordering street addresses: 22197 and 22200 Papa Whiskey Lane Caldwell, Idaho 83607 in Canyon County** | |
| State the term remaining | **Renewable year-to-year** | |
| List the contract number of any government contract | | **Joe Beumeler**<br>**29862 Emmett Road**<br>**Caldwell, ID 83607** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor 1    **JLJ Farms, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Leased acreage: 54 acres ($250 per acre)of farmland leased to JLJ Farms, LLC, under pivot irrigation at street address: 505 Sand Hollow Rd., Caldwell, Idaho 83607 in Payette County** | |
|---|---|---|---|
| | State the term remaining | **Renewable year-to-year** | **Joe Beumeler** |
| | List the contract number of any government contract | | **29862 Emmett Road** **Caldwell, ID 83607** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Leased acreage: 87.1 acres ($250 per acre)of farmland leased to JLJ Farms, LLC, on west side of bordering street address: 22495 Lansing Lane, Middleton, Idaho 83607 in Canyon County** | |
|---|---|---|---|
| | State the term remaining | **Renewable year-to-year** | **Joe Beumeler** |
| | List the contract number of any government contract | | **29862 Emmett Road** **Caldwell, ID 83607** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Leased acreage: 282 acres leased to JLJ Farms, LLC and sub-let to DC Lands, LLC at the address: 29862 Emmett Rd. Caldwell, Idaho 83607 in Canyon County** | |
|---|---|---|---|
| | State the term remaining | **Renewable year-to-year** | **Joe Beumeler** |
| | List the contract number of any government contract | | **29862 Emmett Road** **Caldwell, ID 83607** |

**Fill in this information to identify the case:**

Debtor name __JLJ Farms, LLC__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 Joe Beumeler | 29862 Emmett Road Caldwell, ID 83607 | Zions Bank | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.2 Joe Beumeler | 29862 Emmett Road Caldwell, ID 83607 | Zions Bank | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.3 LaurieAnn Shoemaker | 29862 Emmett Road Caldwell, ID 83607 | Zions Bank | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.4 LaurieAnn Shoemaker | 29862 Emmett Road Caldwell, ID 83607 | Zions Bank | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **JLJ Farms, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$97,458.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,800,541.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$2,632,381.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | JLJ Farms, LLC | Case number *(if known)* | |
|--------|----------------|--------------------------|--|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Zions Bank**<br>**2460 South 3270 West**<br>**Salt Lake City, UT 84119** | **Withdrew amount of crop income check from business checking account without permission and without notice 3 times in Spring 2020  (and more in 12/2019 but those are  > 90 days)**<br>Last 4 digits of account number: _____ | **3/31/2020 - $10,408.63**<br>**3/17/2020 - $19,507.04**<br>**2/21/2020 - $15,679.47** | **$45,595.14** |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **JLJ Farms (LS) filed complaint** | **Trespass by agent of Zions Bank** | **Canyon County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **JLJ Farms (LS) sought and Initiated FSA Mediation with Zions Bank and FSA** | **Regarding FSA Guaranteed Ag Operating Loan financed through Zions Bank** | **Kootenai County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **JLJ Farms, LLC**                                            Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **JLJ Farms (LS) Regarding FSA Guaranteed Ag Operating Loan and Zions Bank** | **JLJ Farms has FSA loan and FSA lender complaints. JLJ Farms (LS) sought a FSA forum for receiving and reviewing those complaints** | **Canyon County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Foley Freeman, PLLC**<br>**PO Box 10**<br>**Meridian, ID 83680** | **Attorney Fees** | **3/17/2020**<br>**6/5/2020** | **$18,000.00** |
| **Email or website address**<br>**abennett@foleyfreeman.com** | | | |
| **Who made the payment, if not debtor?** | | | |

Debtor    **JLJ Farms, LLC**                                    Case number *(if known)*

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Merger - JLJ Lands LLC to JLJ Farms LLC** | **No money was transfered** | **7/29/2020** | **$0.00** |
| | **Relationship to debtor** | | | |

---

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

| Debtor | JLJ Farms, LLC | Case number *(if known)* | |
|--------|----------------|--------------------------|--|

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | JLJ Farms, LLC | Case number *(if known)* | |
|---|---|---|---|

**environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **LaurieAnn Shoemaker<br>29862 Emmett Road<br>Caldwell, ID 83607** | **2010 - Current** |
| 26a.2. | **Matt Wilson<br>Wilson Bowen<br>16050 Idaho Center Drive<br>Nampa, ID 83687** | **1998 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Zions Bank<br>2460 South 3270 West<br>Salt Lake City, UT 84119** | **1998 - 2017** |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.2. | **LaurieAnn Shoemaker<br>29862 Emmett Road<br>Caldwell, ID 83607** | **2010 - Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **JLJ Farms, LLC**                                      Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **LaurieAnn Shoemaker**<br>**29862 Emmett Road**<br>**Caldwell, ID 83607** | **2010 - Current** |
| 26c.2.   **Matt Wilson**<br>**Wilson Bowen**<br>**16050 Idaho Center DRive**<br>**Nampa, ID 83687** | **1998 - Current** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Zions Bank**<br>**2460 South 3270 West**<br>**Salt Lake City, UT 84119** |
| 26d.2.   **John Deere Financial**<br>**6400 NW 86th St**<br>**PO Box 6600**<br>**Johnston, IA 50131-6600** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **Joe Beumeler** | **3/31/2020** | **$1,500,000.00** |
| **Name and address of the person who has possession of inventory records**<br>**LaurieAnn Shoemaker**<br>**29862 Emmett Road**<br>**Caldwell, ID 83607** | | |
| 27.2.   **Zions Bank** | **2018 - 2019** | |
| **Name and address of the person who has possession of inventory records**<br>**Dan Noble / Jason Blair /Jonathan Howard ID** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joe Beumeler** | **29862 Emmett Road**<br>**Caldwell, ID 83607** | **JLJ Farms, LLC member, farm operation manager, operator and farmer** | **50%** |

Debtor    JLJ Farms, LLC _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| LaurieAnn Shoemaker | 29862 Emmett Road Caldwell, ID 83607 | JLJ Farms, LLC member, agent and bookkeeper | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Janey Beumeler | c/o JLJ Farms, LLC 29862 Emmett Road Caldwell, ID 83607 | Farm operation | 2019 - 1/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Joe Beumeler 29862 Emmett Road Caldwell, ID 83607 | 2019: 4th Quarter - $18,000.00 2020: 1st Quarter - $4,500.00 2020: 2nd Quarter - $11,850.00 | 2019 - 2020 | Quarterly Salary / Payroll in 2020 |
| | Relationship to debtor Member of JLJ Farms, LLC | | | |
| 30.2. | LaurieAnn Shoemaker 29862 Emmett Road Caldwell, ID 83607 | 2020: 2nd Quarter - $11,850.00 | 2020 | Quarterly Salary / Payroll in 2020 |
| | Relationship to debtor Member of JLJ Farms, LLC | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor   **JLJ Farms, LLC**                                        Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 31, 2020**

**/s/ LaurieAnn Shoemaker**                          **LaurieAnn Shoemaker**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
### District of Idaho

In re    **JLJ Farms, LLC**                                          Case No.

                                               Debtor(s)              Chapter     **12**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 31, 2020**                          **/s/ LaurieAnn Shoemaker**

                                                 **LaurieAnn Shoemaker**/Managing Member
                                                 Signer/Title

Agri Beef Company
1555 Shoreline Dr # 320
Boise, ID 83702


Columbia Bank
P.O. Box 6353
Fargo, ND 58125-6353


Columbia Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


Idaho Central Credit Union
4400 Central Way
Pocatello, ID 83202


Idaho State Tax Commission
Bankruptcy Division
P.O. Box 36
Boise, ID 83722


IRS
PO Box 7346
Philadelphia, PA 19101-7346

```
Joe Beumeler
29862 Emmett Road
Caldwell, ID 83607


John Deere Financial
PO BOX 4450
Carol Stream, IL 60197-4450


John Deere Financial
6400 NW 86th St
PO Box 6600
Johnston, IA 50131-6600


LaurieAnn Shoemaker
29862 Emmett Road
Caldwell, ID 83607


Zions Bank
2460 S. 3270 West
Salt Lake City, UT 84119
```

# United States Bankruptcy Court
## District of Idaho

In re    **JLJ Farms, LLC**  _____  Case No.  _____

Debtor(s)    Chapter    **12**  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **JLJ Farms, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 31, 2020**  _____

Date

**/s/ Patrick J. Geile**  _____

**Patrick J. Geile**

Signature of Attorney or Litigant

Counsel for    **JLJ Farms, LLC**  _____

**Foley Freeman, PLLC**
**PO Box 10**
**Meridian, ID 83680**
**(208) 888-9111 Fax:(208) 888-5130**
**abennett@foleyfreeman.com**