Patrick J. Geile
Bar No. 6975
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, ID 83680
Phone: (208) 888-9111
FAX: (208) 888-5130
*pgeile@foleyfreeman.com*

**Attorney for Debtor**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | **Case No.** 20-00713 |
| **JLJ FARMS, LLC,** | **Chapter 12** |
| Debtor. | |

---

**NOTICE OF APPLICATION FOR EMPLOYMENT OF FOLEY FREEMAN, PLLC AS COUNSEL FOR DEBTORS AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

Hearing on Objection.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

COMES NOW the Debtor/Applicant, JLJ Farms, LLC, by and through its attorney, Patrick J. Geile of the firm Foley Freeman, PLLC, and hereby files this Application for employment.

**APPLIACTION FOR EMPLOYMENT OF FOLEY FREEMAN, PLLC AS COUNSEL FOR DEBTOR - 1**

1.    Applicant wishes to employ the attorneys at Foley Freeman, PLLC attorneys duly admitted to practice in this Court, for representation in this case.

2.    Debtors retained the services of Foley Freeman, PLLC for bankruptcy.

3.    No fees were due to Foley Freeman, PLLC at the date of the bankruptcy filing.

4.    Foley Freeman, PLLC was paid a retainer by the Debtor's in the amount of $18,000.00 on June 5, 2020.  There is $$ remaining in trust after the work completed by Foley Freeman, PLLC on revisions to the petition and schedules in preparation for filing.

5.    Your Applicant has selected Foley Freeman, PLLC for the reason that the attorneys have had considerable experience in matters of this character and are well qualified to represent him.

6.    The professional services to be rendered are:

(a)    to give your Applicant legal advice with respect to his powers and duties in the affairs of the business and management.

(b)    to file a Plan and other documents or help in the preparation of the same and to negotiate and secure approval of a Chapter 12 Plan and to file such other Motions, attended hearings relating to the Chapter 12 proceedings.

7.    The Attorneys do not represent any other entity in connection with this case, are disinterested as that term is defined in 11 U.S.C. § 101 and represent or hold no interest adverse to the interest of the estate with respect to the matters on which they are to be employed.

11.    To the best of Debtor's knowledge, no member of Foley Freeman, PLLC has a connection with Debtor creditors, members, or any other party in interest, their respective attorneys or accountants, United States Trustee, or any person employed in the office of the United States Trustee other than what is set forth in the verified statement filed concurrently herewith.

**APPLIACTION FOR EMPLOYMENT OF FOLEY FREEMAN, PLLC AS COUNSEL FOR DEBTOR - 2**

12.    Foley Freeman, PLLC has agreed to represent your Applicant at the rate of $275.00 per hour.  Your Applicant believes the proposed rate is reasonable for these attorneys whose capabilities and reputation are excellent.

WHEREFORE, your Applicant prays that his employment of Foley Freeman, PLLC and their staff to represent Applicant in this case at the rate of compensation indicated be approved, and that they have such other and further relief as is just.

DATED this **29** day of July, 2020.

X _LaurieAnn Shoemaker (signature)_

LaurieAnn Shoemaker
Managing Member of JLJ Farms, LLC