David H. Leigh, Esq. (Idaho Bar No. 7734)
Michael D. Mayfield, Esq. (Idaho Bar No. 7857)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
E-mail: dleigh@rqn.com
          mmayfield@rqn.com

Attorneys for Zions Bancorporation, N.A. f/k/a ZB, N.A.
dba Zions First National Bank

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| In re: | Bankruptcy No. 20-00713-TLM |
|---|---|
| **JLJ FARMS, LLC** | Chapter 12 |
| Debtor. | |

### NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, David H. Leigh and Michael D. Mayfield of the law firm of Ray Quinney & Nebeker P.C. hereby enter their appearance as counsel of record for Zions Bancorporation, N.A. f/k/a ZB, N.A. dba Zions First National Bank ("Zions Bank"), a secured creditor and party in interest in the above-captioned chapter 12 case (the "Bankruptcy Case"), request that their names be included on the master mailing list in this case, and further request that notices of all hearings or actions in this case and copies of all motions, documents, or other papers filed by any party in interest in this case—including the Debtors and the chapter 12 trustee—be sent to the following:

David H. Leigh, Esq.
Michael D. Mayfield, Esq.
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
E-mail: dleigh@rqn.com
mmayfield@rqn.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for notice shall include notices by mail, telephone, facsimile, or any other means of electronic transmission, and the notices requested shall include, but are not limited to, all notices relating to the matters set forth in Fed. R. Bankr. P. 2002; matters relating to any hearing for conversion or dismissal under 11 U.S.C. § 1208; matters relating to adequate protection pursuant to 11 U.S.C. § 1205; matters relating to modification or termination of the automatic stay pursuant to 11 U.S.C. § 362; matters relating to the use, sale, or lease of estate property pursuant to 11 U.S.C. § 363; and/or matters relating to the filing, contents, modification, hearing, and/or confirmation of any chapter 12 plan.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance of Counsel and Request for Notice* or any pleading, claim, proof of claim, or suit filed by Zions Bank is not intended nor shall be deemed to in any way to waive, where applicable, (i) Zions Bank's right (a) to have final orders in any core or noncore matters entered only after *de novo* review by a district court judge to the extent required by the United States Supreme Court's rulings of <u>Stern v. Marshall</u>, 131 S. Ct. 2594 (2011) and <u>Executive Benefits Ins. Agency v. Arkison (In re Bellingham Ins. Agency)</u>, 134 S. Ct. 2165 (2014), any subsequent case law, and/or as otherwise required by the U.S. Constitution; (b) to a trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; and (c) to have the reference withdraw by the United States District Court in any matter subject to mandatory or discretionary withdrawal;

and/or (ii) any other right, claim, action, defense, setoff, or recoupment, all of which are hereby expressly reserved

DATED this 31st day of July, 2020.

RAY QUINNEY & NEBEKER P.C.

 /s/ David H. Leigh
David H. Leigh
Michael D. Mayfield
Attorneys for Zions Bancorporation, N.A. dba
Zions First National Bank

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF System, which served a copy or otherwise provided notice of the foregoing on all electronic filing users in the above-captioned case, including the following:

- **Patrick John Geile**   pgeile@foleyfreeman.com, abennett@foleyfreeman.com; r59345@notify.bestcase.com
- **US Trustee**   ustp.region18.bs.ecf@usdoj.gov

I hereby further certify that on the 31st day of July, 2020, I caused a true and correct copy of the foregoing to be served on the following by depositing a copy of the same in the United States Mail, first-class postage pre-paid, addressed as follows:

JLJ Farms, LLC
29862 Emmett Road
Caldwell, Idaho  83607

Patrick John Geile
FOLEY FREEMAN, PLLC
P.O. Box 10
Meridian, Idaho 83680

/s/ Suzanne Williams

4