**Patrick J. Geile**
**Bar No. 6975**
**FOLEY FREEMAN, PLLC**
**953 S. Industry Way**
**P.O. Box 10**
**Meridian, ID 83680**
**Phone: (208) 888-9111**
**FAX: (208) 888-5130**
*pgeile@foleyfreeman.com*

**Attorney for Debtor**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **In re:** | **Case No. 20-00713-TLM** |
| **JLJ FARMS, LLC,** | **Chapter 12** |
| **Debtor.** | |

### MOTION SEEKING INTIRIM AND FINAL AUTHORITY TO USE CASH COLLATERAL AND APPLICATION FOR AUTHORITY TO GRANT LIEN AND OTHER RELIEF; AND NOTICE OF TIME FOR OBJECTIONS

COMES NOW, the Debtor, JLJ Farms, LLC, by and through its attorney, Patrick J. Geile of the firm Foley Freeman, PLLC, and hereby moves this Court for an order approving the use of cash collateral. Further, Debtor applies for permission to obtain secured credit. This motion is made pursuant to 11 U.S.C. § §363, 364, Rule 4001(b) and (c), Rule 9014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 4001.1. Further Debtor is asking for authority to pay certain taxes post-petition and to honor pre-petition checks. In support of this motion Debtor asserts as follows:

    1.    This proceeding was filed July 31, 2020

    2.    The Debtor has filed all of its schedules and it has filed its Statement of

Financial Affairs.

3. The Debtor's principle business operation is farming. The business does not currently have employees. The Debtor owns real property.

4. The immediate cause of the bankruptcy was Debtor was a defendant in a state court filing instituted by Zions to foreclose on its security interests.

5. Pursuant to Local Rule 4001.1 the Debtor alleges as follows:

   a. 4001.1(1) the identity of the creditors is as follows with corresponding lien information:

| Date of UCC | Creditor | collateral | Outstanding debt |
|---|---|---|---|
| 11/20/2009 | Zions First National Bank | Inventory, Documents, Chattel Paper, Accounts, Instruments, Equipment, General Intangibles, Crops, Farm Products and Equipment, and proceeds of any of the foregoing. | $1,398,233.03 |
| 4/9/2010 | Zions First National Bank | Inventory, documents, chattel paper, accounts, instruments, equipment, general intangibles, crops, farm products and equipment, and proceeds of any of the foregoing. | $107,523.04 |
| 11/30/2015 | John Deere Financial | John Deere 612C, Combine Cornhead, and all attachments, accessories, and proceeds related thereto. | $24,126.00 |
| 1/19/2016 | John Deere Financial | Orthman 5TT Disk, John Deere 4920 Hicycle Sprayer, and attachments, accessories, and proceeds related thereto. | |
| 6/28/2016 | John Deere Financial | John Deere 915 Ripper/Hipper, Melroe 3430 Hicycle Sprayer, and all attachments, accessories, and proceeds related thereto | |
| 1/09/2019 | Idaho Corn Dryer, LLC | Field Corn (Grain) | $25,236.00 |
| 6/4/2020 | U.S. Small Business Administration PPP loan | All tangible and intangible personal property | $23,700.00 |

**MOTION SEEKING INTIRIM AND FINAL AUTHORITY TO USE CASH COLLATERAL AND APPLICATION FOR AUTHORITY TO GRANT LIEN AND OTHER RELIEF; AND NOTICE OF TIME FOR OBJECTIONS - 2**

b. 4001.1(2) The amount requested on an interim basis is set forth on **Exhibit B** attached hereto.

c. 4001.1(3) attached hereto as **Exhibit A** is a budget for one year.

d. 4001.1(4), the amounts set forth to the creditors with secured liens is set forth above.

e. 4001.1(5) the cash collateral includes rent.

f. 4001.1(6) The cash collateral does not include accounts receivables.

g. 4001.1(7) The estimated fair market value of the collateral securing the liens is as follows:

| | | |
|---|---|---|
| i. | Cash in accounts at Columbia Bank | $ 9,750.00 |
| ii. | Cash in accounts at Zions Bank | $ 409.34 |
| iii. | Cash in accounts at ICCU | $ 300.00 |
| iv. | Accounts receivables | $ 0.00 |
| v. | Personal Property (depreciated value) | $ 1,855,840.00 |
| vi. | Crop Inventory(193 acres corn matured value 200,000) | $ unknown |
| vii. | Real Property | $ 3,000,000.00 |

The foregoing equipment and inventory is located at 29862 Emmett Rd., Caldwell, Idaho 83607.

h. 4001.1(8) the debtor intends to grant post-petition liens in the Debtors' accounts and accounts receivables pursuant to the creditor's pre-petition security agreement.

i. 4001.1(9) This motion does not seek anything outside the guidelines for use of

**MOTION SEEKING INTIRIM AND FINAL AUTHORITY TO USE CASH COLLATERAL AND APPLICATION FOR AUTHORITY TO GRANT LIEN AND OTHER RELIEF; AND NOTICE OF TIME FOR OBJECTIONS - 3**

cash collateral.

6.    The cash collateral, which Debtor desires to use, consists of $10,459.34 described in subparagraph 5 above. As disclosed on the budget attached hereto as **Exhibit A** and incorporated herein by this reference. In further support of the application to use this cash collateral the Debtor represents as follows:

   a. Debtor has exhausted all potential sources of secured or unsecured indebtedness enabling it to pay its ongoing operating expenses.

   b. The creditors known to the Debtor who are claiming liens in the cash collateral are disclosed above.

   Pursuant to Rule 4001(b)(2) and (c)(2) of the Federal Rules of Bankruptcy Procedure, Debtor requests a preliminary hearing as Debtor requires the use of cash collateral prior to final hearing in an amount necessary to pay the expenses which are itemized on **Exhibit B** attached hereto and incorporated herein by this reference. These expenses include, among other things, operating expenses, utilities, fuel, supplies, inventory, and insurance. These expenses will need to be incurred before the final hearing on Debtor's motion. These are the expenses that will be incurred and the Debtor requests authority to pay until a final hearing can be conducted. Without the payment of the expenses identified in the budget, immediate and irreparable harm shall occur. Also, Debtor must pay insurance, expenses and fuel needed to operate. Debtor is also concerned that if it does not pay for utilities the supplying companies will shut off supply. Further, Debtor will not be able to maintain and harvest crops losing the estimated crop value of $200,000.00.

**MOTION SEEKING INTIRIM AND FINAL AUTHORITY TO USE CASH COLLATERAL AND APPLICATION FOR AUTHORITY TO GRANT LIEN AND OTHER RELIEF; AND NOTICE OF TIME FOR OBJECTIONS - 4**

    **Exhibit A** sets forth the cash collateral, which the Debtor requests to be used through the date a plan is confirmed or further order of the Court; whichever first occurs.

7. Pursuant to Local Bankruptcy Rule 4001.1 Debtor states as follows:

    a. The adequate protection to be provided to the creditors listed in section 2 supra and any other entity proving an interest in the cash collateral shall be the grant of a post petition lien in the post-petition accounts receivable, inventory and proceeds. Further Debtor shall provide any creditor who requests the same a copy of all monthly reports filed by it with the US Trustee. The Debtor shall not vary in any expense category by more than 20%.

## NOTICE OF TIME FOR WRITTEN OBJECTIONS

  Counsel has contacted Zions' counsel David Leigh regarding the use of cash collateral and at the time of filing of this motion, has not reached an agreement. In the event you object to the Debtor's motion to be heard at the final hearing you must file objection on or before five (5) days before the Final hearing. Service of a copy of that written objection shall be made on the attorney for the Debtor described above. No objection shall be required before the preliminary hearing.

  DATED this 7th day of August, 2020.

                FOLEY FREEMAN, PLLC

                /s/ Patrick J. Geile
                Patrick J. Geile
                Attorney for Debtor

**MOTION SEEKING INTIRIM AND FINAL AUTHORITY TO USE CASH COLLATERAL AND APPLICATION FOR AUTHORITY TO GRANT LIEN AND OTHER RELIEF; AND NOTICE OF TIME FOR OBJECTIONS - 5**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 7th day of August, 2020, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Washington Group Central Plaza<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712 | __X__ | CM/ECF Notice |
| Gary Rainsdon<br>Chapter 12 Trustee<br>PO BOX 506<br>Twin Falls, ID 83303 | __X__ | CM/ECF Notice |
| David H. Leigh<br>Michael D. Mayfield<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, 14th Floor<br>PO BOX 45385<br>Salt Lake City, UT 84145-0385 | __X__ | CM/ECF Notice |
| Kimbell D. Gourley<br>Trout, Jones, Gledhill, Fuhrman, PA<br>225 N. 9th St., Suite 820<br>P.O. Box 1097<br>Boise ID 83701 | __X__<br>__X__ | CM/ECF Notice<br>E-Mail<br>kgourley@idalaw.com |
| JOHN DEERE FINANCIAL<br>6400 NW 86TH ST<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | __X__ | U.S. Mail |
| JOHN DEERE FINANCIAL<br>PO BOX 4450<br>CAROL STREAM, IL 60197-4450 | __X__ | U.S. Mail |

                                                                   /s/ Patrick J. Geile_____
                                                                   Patrick J. Geile

**MOTION SEEKING INTIRIM AND FINAL AUTHORITY TO USE CASH COLLATERAL AND APPLICATION FOR AUTHORITY TO GRANT LIEN AND OTHER RELIEF; AND NOTICE OF TIME FOR OBJECTIONS - 6**

**2020-JLF Bdgt-dnszOp7**

**Cash Flow - Monthly Detail**

JLU Farms, LLC
Cust. # 001

For Period: 01/01/2020 to 12/31/2020, and 01/01/2010 to 06/30/2021

20200805-combined JU Farms + JU Lands (excludes all household) Monthly 12+ month Budget+Cash Flow WITH OPTIONS+POSSIBLES

<-- this worksheet name

EXHIBIT A

| | Totals 9/2020-12/2020 | Totals 9/2020-12/2021 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Income** | | | | | | | | | | | | | | | | | | |
| Crop - Corn Dry - price $3.95/bu, yield 245 bu, 194 acres | 187,744 | 375,487 | | | 187,744 | | | | | | | | | | | | 187,744 | |
| Crop - Other | 0 | 0 | | | | | | | | | | | | | | | | |
| Custom Work | 0 | 0 | | | | | | | | | | | | | | | | |
| Land Rent - Farmland - 29862 - 282 acres - sublet JB | 38,775 | 116,325 | 38,775 | | | | | | 38,775 | | | | | | 38,775 | | | |
| Land Rent - Farmland - Lansing - 87.1 acres - sublet JB | 11,976 | 35,929 | 11,976 | | | | | | 11,976 | | | | | | 11,976 | | | |
| Land Rent Cornstalks&Grazing | 0 | 0 | | | | | | | | | | | | | | | | |
| Rebates/Credits - Bonneville Power+IP | 500 | 1,000 | | | | 500 | | | | | | | | | | | | 500 |
| Rebates/Credits - Other | 0 | 0 | | | | | | | | | | | | | | | | |
| Sale - Equipment 1, dnsz - 8370 RT - net estimate | 202,500 | 202,500 | | 202,500 | | | | | | | | | | | | | | |
| Sale - Equipment 2, dnsz - TBD | 50,000 | 50,000 | | 50,000 | | | | | | | | | | | | | | |
| Sale - Miscellaneous | 0 | 0 | | | | | | | | | | | | | | | | |
| Stock Dividend - Sugar Beet - 0 (not JLJ Farms) | 0 | 0 | | | | | | | | | | | | | | | | |
| Stock Dividend - ValleyWide Coop - 0 (not JLJ Farms) | 0 | 0 | | 0 | | | | | | | 0 | | | | | | | |
| USDA program pmts - PLC - unknown, so $0 | 0 | 10,000 | | | | | | | | | | | | | | 10,000 | | |
| USDA program pmts - Strip Till - 2020 | 0 | 0 | | | | | | | | | | | | | | | | |
| USDA program pmts - MFP - possible 3,000 in July, but for now, $0 until known | 0 | 0 | | 0 | | | | | 0 | | | | 0 | | | | | |
| **Total Operating Income** | **491,495** | **791,241** | **50,751** | **252,500** | **187,744** | **500** | **0** | **0** | **50,751** | **0** | **0** | **0** | **0** | **0** | **50,751** | **10,000** | **187,744** | **500** |
| **GROSS MARGIN** | **491,495** | **791,241** | **50,751** | **252,500** | **187,744** | **500** | **0** | **0** | **50,751** | **0** | **0** | **0** | **0** | **0** | **50,751** | **10,000** | **187,744** | **500** |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | |
| Accounting - Bookkeeping+Taxes | 0 | 1,720 | | | | | | 1,720 | | | | | | | | | | |
| Crop Costs - Other - Drying | 0 | 0 | | | | | | | | | | | | | | | | |
| Crop Costs - Other | 0 | 0 | | | | | | | | | | | | | | | | |
| Cstm Hire | 0 | 0 | | | | | | | | | | | | | | | | |
| Feed - Grain & Roughage & Packaged | 600 | 2,400 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| Fertilizers & Lime & Chemicals - corn | 50,000 | 100,000 | | | 50,000 | | | | | | | | | | | | 50,000 | |
| Fuel diesel | 0 | 0 | | | | | | | | | | | | | | | | |
| Fuel gas | 600 | 2,250 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| Insurance - Farm/Home/Auto | 3,505 | 14,019 | 876 | 876 | 876 | 876 | 876 | 876 | 876 | 876 | 876 | 876 | 876 | 876 | 876 | 876 | 876 | 876 |
| Insurance - Life - covers debt - start in Nov 2020 | 2,667 | 18,667 | | | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 |
| Insurance - Worker's Comp | 0 | 0 | | | | | | | | | | | | | | | | |
| Interest - Operating Line | 0 | 0 | | | | | | | | | | | | | | | | |
| Labor - Housing - Hired Man | 0 | 0 | | | | | | | | | | | | | | | | |
| Labor - Wages - Hired Man | 0 | 0 | | | | | | | | | | | | | | | | |
| Labor - Wages - Management - Joe | 0 | 0 | | | | | | | | | | | | | | | | |
| Miscellaneous | 3,936 | 15,736 | 983 | 983 | 983 | 987 | 983 | 983 | 983 | 983 | 983 | 983 | 983 | 983 | 983 | 983 | 983 | 987 |

JL Farms, LLC
Cust # 001

# Cash Flow - Monthly Detail

2020-JLF Bdgt-dnszOp7

20200805-combined JLF Farms + JL Lands (excludes all household) Monthly 12+ month Budget+Cash Flow WITH OPTIONS+POSSIBLES-

For Period: 01/01/2020 to 12/31/2020, and 01/01/2010 to 06/30/2021

| | Totals 9/2020-12/2020 | Totals 9/2020-12/2021 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent - Farmland - sublets through JB | 47,200 | 108,850 | 47,200 | 0 | 0 | 0 | 0 | 0 | 30,825 | 0 | 0 | 0 | 0 | 0 | 30,825 | 0 | 0 | 0 |
| Repairs&Maintenance - 1-time specific well repair (29862 …) | 0 | 20,000 | | | | | 20,000 | | | | | | | | | | | |
| Repairs&Maintenance - est. season | 1,500 | 5,500 | 500 | 500 | 500 | | | | 500 | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | |
| Seed - Corn | 24,126 | 48,252 | | | 24,126 | | | | | | | | | | | | 24,126 | |
| Supplies | 0 | 2,500 | | | | | | | 1,250 | | | | | 1,250 | | | | |
| Taxes - Real Estate | 3,883 | 11,648 | | | | 3,883 | | | | | | 3,883 | | | | | | 3,883 |
| Trucking | 46,409 | 46,409 | 46,409 | | | | | | | | | | | | | | | |
| Utils - Data Services, GPS, Internet, Phone | 3,088 | 12,352 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 | 772 |
| Utilities Power&Irrigation | 1,400 | 4,963 | 800 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 400 | 540 | 540 | 540 | 540 | 100 | 100 | 3 |
| Utilities Services - Trash | 75 | 299 | | 75 | | | 75 | | | | 75 | | | | 75 | | | |
| Vet/Med / Breeding / Medicine | 660 | 2,900 | 100 | 360 | 100 | 100 | 360 | 100 | 100 | 360 | 100 | 100 | 360 | 100 | 100 | 360 | 100 | 100 |
| Total Operating Expenses (Less Interest & Depreciation) | 189,648 | 418,465 | 97,940 | 4,066 | 79,191 | 8,451 | 24,899 | 6,285 | 36,640 | 5,325 | 5,339 | 9,137 | 5,665 | 6,655 | 36,305 | 5,225 | 79,091 | 8,254 |
| **NET OP. INFLOWS** | **301,847** | **372,776** | **-47,189** | **248,434** | **108,553** | **-7,951** | **-24,899** | **-6,285** | **14,112** | **-5,325** | **-5,339** | **-9,137** | **-5,665** | **-6,655** | **14,447** | **4,775** | **108,653** | **-7,754** |
| Non-Operating Expenses | | | | | | | | | | | | | | | | | | |
| Owner Withdrawal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income Taxes | 0 | 1,000 | | | | | | | | 1,000 | | | | | | | | |
| Job Wages | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lease - Wages | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Operating Expenses, Total | 0 | 1,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Financing | | | | | | | | | | | | | | | | | | |
| Term Debt - Payments | | | | | | | | | | | | | | | | | | |
| Zions Bank - Operating Line 2019 - payoff - tentative worst case Ch12 (using old pmt amts) - 1-time pmt in full (unless added to another loan) | 0 | 267,000 | | | | | | 267,000 | | | | | | | | | | |
| Zions Bank - Equipment Loan - tentative worst case Ch12 (using old pmt amts) - annual | 0 | 76,200 | | | | | | 76,200 | | | | | | | | | | |
| Zions Bank - Farmland Mortgage - tentative worst case Ch12 (using old pmt amts) - annual | 0 | 127,300 | | | | | | 127,300 | | | | | | | | | | |
| ICCU SBA Covid19 PPP Loan - borrowed $23,700, but $0 here (to be granted back) | 0 | 0 | | | | | | | | | | | | | | | | |
| Term Debt - Payments | 0 | 0 | | | | | | | | | | | | | | | | |
| Principal - xx,xxx | 0 | 0 | | | | | | | | | | | | | | | | |
| Interest - xxx,xxx | 0 | 0 | | | | | | | | | | | | | | | | |
| Total Cash Inflows | 491,495 | 791,241 | 50,751 | 252,500 | 187,744 | 500 | 0 | 0 | 50,751 | 0 | 0 | 0 | 0 | 0 | 50,751 | 10,000 | 187,744 | 500 |
| Total Cash Outflows | 189,648 | 686,465 | 97,940 | 4,066 | 79,191 | 8,451 | 24,899 | 273,285 | 36,640 | 6,325 | 5,339 | 9,137 | 5,665 | 6,655 | 36,305 | 5,225 | 79,091 | 8,254 |
| **TOTAL NET CASH FLOW** | **301,847** | **104,776** | **-47,189** | **248,434** | **108,553** | **-7,951** | **-24,899** | **-273,285** | **14,112** | **-6,325** | **-5,339** | **-9,137** | **-5,665** | **-6,655** | **14,447** | **4,775** | **108,653** | **-7,754** |
| Net Cash Available | 301,847 | 104,776 | -47,189 | 248,434 | 108,553 | -7,951 | -24,899 | -273,285 | 14,112 | -6,325 | -5,339 | -9,137 | -5,665 | -6,655 | 14,447 | 4,775 | 108,653 | -7,754 |
| Beginning Cash on Hand | 7,000 | | | | | | | | | | | | | | | | | |

updated, LS: 8/7/2020 11:28 AM
filename: Exhibit A
wksht: 2020-JLF Bdgt-dnszOp7

pg 2 of 2

rpt-2020-JLF Bdgt-6wksCh12    <-- this worksheet name

For Period: 6 weeks detail, starting week of Monday August 1, 2020 through 2nd week of September, 2020

| | 8/1/2020 | 8/8/2020 | 8/15/2020 | 8/22/2020 | 8/29/2020 | 9/5/2020 | Totals over next 6 weeks |
|---|---|---|---|---|---|---|---|
| **Operating Income** | | | | | | | |
| Corn | | | | | | | 0 |
| Custom Work | | | | | | | 0 |
| Equipment Rental | | | | | | | 0 |
| Land Rent - Farmland | | | | | | | 0 |
| Land Rent Cornstalks&Grazing | | | | | | | 0 |
| Refunds&Credits | | | | | | | 0 |
| Sale - Equipment, downsize - *possible but not known so $0 here* | | | | | | | 0 |
| Share Dividends | | | | | | | 0 |
| Stock Dividends | | | | | | | 0 |
| USDA Program pmts - MFP - 2020 - *possible 27,000 in July, but for now, $0 till Fall* | | | 0 | | | | 0 |
| USDA Program pmts - misc | | | | | | | 0 |
| **Total Operating Income** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **GROSS MARGIN** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Operating Expenses** | | | | | | | |
| Accounting - Bookkeeping+Taxes | | | | | | | 0 |
| Chemicals | | | | | | | 0 |
| Crop Costs - Other | | | | | | | 0 |
| Corn Hire | | | | | | | 0 |
| Feed, Grain & Roughage & Packaged | | | | | | | 0 |
| Fertilizer & Lime | | | | | | | 0 |
| Fuel - Gas | | | | | | | 0 |
| Fuel - Diesel | 900 | | | | | | 900 |
| Insurance - Farm/Home/Auto | 876 | | | | 876 | | 1,752 |
| Insurance - Life | 150 | 150 | 150 | 150 | 150 | 150 | |
| Insurance - Worker's Comp | | | | | | | 0 |
| Int/Exp - Operating Line | | | | | | | 0 |
| Labor - Housing - Hired Man | | | | | | | 0 |
| Labor - Wages - Hired Man | | | | | | | 0 |
| Labor - Wages - Management - *Joe* | | | | | | | 0 |
| Legal - *$0 additional for now, may be $5000 soon* | | | | | | | 0 |
| Miscellaneous | | | | | | | 0 |
| Rent - Farmland | | | | | | | 0 |
| Repairs&Maintenance | 200 | | | | | | 200 |
| Seed | | | | | | | 0 |
| Supplies | | | 100 | | | 100 | |
| Taxes - Real Estate | | | | 100 | | | 100 |
| Training | | | | | | | 0 |
| Utilities - Data Services, Phone, Internet | 1,344 | | 672 | | | 672 | |

For Period: 6 weeks detail, starting week of Monday August 1, 2020 through 2nd week of September, 2020

| | Totals over next 6 weeks | 8/1/2020 | 8/8/2020 | 8/15/2020 | 8/22/2020 | 8/29/2020 | 9/5/2020 |
|---|---|---|---|---|---|---|---|
| Utilities - Power&Irrigation | 500 | | | 500 | | | |
| Utilities - Services - Trash | 75 | | | | 75 | | |
| Veterinary / Breeding / Medicine | 0 | | | | | | |
| Household - Living expense | | | | | | | |
| Household - Living expense - 2 | | | | | | | |
| Household - Living expense - 3 | | | | | | | |
| Household - Living expense - 4 | | | | | | | |
| **Total Operating Expenses** (Less Interest & Depreciation) | 4,871 | 1,026 | 822 | 750 | 325 | 1,026 | 922 |
| **NET OPER. INFLOWS** | -4,871 | -1,026 | -822 | -750 | -325 | -1,026 | -922 |
| Non-Operating Expenses | | | | | | | |
| Owner Withdrawal | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jose - Wages | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lee-Ann - Wages | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Non-Operating Expenses, Total** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Financing | | | | | | | |
| Term Debt - Payments | | | | | | | |
| Zions Bank - Operating Line 2019 - payoff | 0 | | | | | | |
| Zions Bank - Equipment Loan | 0 | | | | | | |
| Zions Bank - Farmland Mortgage | 0 | | | | | | |
| Zions Bank - Home Equity  used for farm | 0 | | | | | | |
| John Deere Financial - seed or implement | 0 | | | | | | |
| Pickup payments - personal debt, farm use | 607 | | 304 | | | | 304 |
| **Term Debt - Payments** | 607 | 0 | 304 | 0 | 0 | 0 | 304 |
| Principal- xx,xxx          Interest- xxx,xxx | | | | | | | |
| Total Cash Inflows | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Cash Outflows | 5,478 | 1,026 | 1,126 | 750 | 325 | 1,026 | 1,226 |
| **TOTAL NET CASH FLOW** | -5,478 | -1,026 | -1,126 | -750 | -325 | -1,026 | -1,226 |
| Beginning Cash on Hand beginning of month | 6,732 | 5,706 | 4,580 | 3,830 | 3,506 | 2,480 | 1,254 |

*Cash on Hand detail:*

| | | |
|---|---|---|
| ICCU JLJ Farms business checking | 125.00 | <-- actual 7/28/2020 10:00 AM |
| Zions Bank JLJ Farms business checking x4760 | 606.97 | <-- actual 7/28/2020 10:00 AM |
| Columbia Bank JLJ Farms business checking x0395 | 3,000.00 | <-- estimated 7/29/2020 9:59 AM (temporarily can't login); also, may make a small loan from personal account today |
| Columbia Bank JLJ Lands business checking x2557 | 3,000.00 | <-- estimated 7/29/2020 9:59 AM (temporarily can't login); also, may make a small loan from personal account today |

rpt-2020-JLJF Bdgt-6wksCh12

For Period: 6 weeks detail, starting week of Monday August 1, 2

**Operating Income**
Crops
Custom Work
Equipment Rental
Land Rent - Farmland
Land Rent Cornstalks&Grazing
Refunds&Credits
Sale - Equipment, downsize - *possible but not known so $0 here*
Share Dividends
SlopeDividends
USDA Program pmts - MFP - 2020 - *possible 27,000 in July, but for now, $0 - Nick Ish*
USDA Program pmts - misc
**Total Operating Income**
**GROSS MARGIN**
**Operating Expenses**
Accounting - Bookkeeping+Taxes
Chemicals
Crop Costs - Other
Custom Hire
Feed - Grain & Roughage & Packaged
Feritz & Lime
Fuel - Diesel
Fuel - Gas
Insurance - Farm/Home/Auto
Insurance - Life
Insurance - Worker's Comp
Interest - Operating Line
Labor - Housing - Hired Man
Labor - Wages - Hired Man
Labor - Wages - Management - *Joe*
Legal - *$0 additional for now, may be $5000 soon*
Miscellaneous
Rent - Farmland
Repairs&Maintenance
Seed
Supplies
Taxes - Real Estate
Training
Utilities - Data Services, Phone, Internet

For Period: 6 weeks detail, starting week of Monday August 1, 20

| Desc Main |
|---|
| Utilities - Power&Irrigation |
| Utilities - Services - Trash |
| Veterinary / Breeding / Medicine |
| Household - Living expense |
| Household - Living expense - 2 |
| Household - Living expense - 3 |
| Household - Living expense - 4 |
| **Total Operating Expenses** (Less Interest & Depreciation) |
| *NET OPER. INFLOWS* |
| **Non-Operating Expenses** |
| Owner Withdrawal |
| Income Taxes |
| Lease/Rent |
| Leases/Ann-Wages |
| **Non-Operating Expenses, Total** |
| **Financing** |
| **Term Debt - Payments** |
| Zions Bank - Operating Line 2019 - payoff |
| Zions Bank - Equipment Loan |
| Zions Bank - Farmland Mortgage |
| Zions Bank - Home Equity used for farm |
| John Deere Financial - seed or implement |
| Pre-payments - personal debt, farm use |
| **Term Debt - Payments** |
| Principal- xx,xxx    Interest- xxx,xxx |
| **Total Cash Inflows** |
| **Total Cash Outflows** |
| **TOTAL NET CASH FLOW** |
| Beginning Cash on Hand beginning of month |

*Cash on Hand detail:*
ICCU JLJ Farms business checking
Zions Bank JLJ Farms business checking x4760
Columbia Bank JLJ Farms business checking x0395
Columbia Bank JLJ Lands business checking x2557