GARY L. RAINSDON
BANKRUPTCY TRUSTEE
P.O. BOX 506
TWIN FALLS, ID  83303
PHONE:  (208) 734-1180
FAX:  (208) 734-2783
trustee@filertel.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

In Re:

JLJ FARMS, LLC,

                    Debtor.

)  CHAPTER 12
)
)  CASE NO. 20-00713-NGH
)
)

### CHAPTER 12 TRUSTEE'S RECOMMENDATION ON
### DEBTOR'S MOTION SEEKING COURT APPROVAL OF SALE OF PROPERTY,
### NOTICE OF RIGHT TO OBJECT, APPLICATION TO PAY AUCTIONEER

**Summary Recommendation** – Trustee does not oppose entry of an order approving sale of the John Deere 8370RT tractor ("Tractor") identified in Debtor's Motion Seeking Court Approval of Sale of Property, Notice of Right to Object, Application to Pay Auctioneer ("Motion to Sell") for the following reasons:

- Trustee understands the Debtor is reducing the size of its farming enterprise and will not need the Tractor.

- The Tractor, together with other assets, is subject to the perfected lien of Zions First National Bank ("Zions"), which is greater than the expected value of the Tractor. See Claim No. 4.

- The Motion to Sell was served on interested parties and drew no objections during the allowed notice period. See Docket No. 55, and 58.

- Zion entered a timely response to the Motion to Sell, but trustee believes that response was not an objection to the sale. See Docket No. 59.

1

- Trustee believes the Tractor is not necessary to the reorganization of Debtor in Chapter 12, and if the case were converted to Chapter 7, sale of the Tractor would not benefit unsecured creditors.

**Recommendation Details and General Case Update** – Trustee's recommendation is explained further as follows:

- **Eligibility** – Trustee believes Debtor is eligible for Chapter 12 because its liabilities appear to be within the debt limit and more than 50 percent (50%) of its gross income in the prior years was from farming. See 11 U.S.C. §101(18)(A).

- **Chapter 12 Plan** – The Debtor has filed a Chapter 12 Plan. See Docket No. 45. However, no hearing has been set on the Plan. Trustee believes further work needs to be done before a confirmable plan may be proposed.

- **Creditor Objections** – At the time of this recommendation, no creditor has objected to the Motion to Sell.

- **Monthly Reports** – Debtor has filed its required Monthly Operating Reports.

- **Property Insurance Coverage** – Debtor has provided Trustee a copy of its insurance binder for her buildings, farm equipment, and vehicles.

**Conclusion** – Trustee recommends approval of the Motion to Sell.

Dated: December 9, 2020.

/s/
Gary L. Rainsdon, Trustee

2

## **CERTIFICATE OF MAILING**

  I hereby certify that on December 9, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- D Blair Clark dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com
- Patrick John Geile pgeile@foleyfreeman.com, abennett@foleyfreeman.com;r59345@notify.bestcase.com
- David Henry Leigh dleigh@rqn.com, swilliams@rqn.com;docket@rqn.com
- Michael D Mayfield mmayfield@rqn.com
- US Trustee ustp.region18.bs.ecf@usdoj.gov

  AND I FURTHER CERTIFY that on said date, I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:

First Class Mail:

JLJ Farms, LLC
29862 Emmett Road
Caldwell, ID  83607

                By: /s/ _____
                   Gary L. Rainsdon, Trustee

3