David H. Leigh, Esq. (Idaho Bar No. 7734)
Michael D. Mayfield, Esq. (Idaho Bar No. 7857)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
E-mail:  dleigh@rqn.com
         mmayfield@rqn.com

Attorneys for Zions Bancorporation, N.A. f/k/a ZB, N.A.
dba Zions First National Bank

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>**JLJ FARMS, LLC**<br><br>Debtor. | Bankruptcy No. 20-00713-NGH<br><br>Chapter 12 |

### *EX PARTE* MOTION FOR ENTRY OF ORDER DISMISSING CHAPTER 12 BANKRUPTCY CASE BASED UPON THE DEBTOR'S FAILURE TO COMPLY WITH THE COURT'S PRIOR ORDER APPROVING THE WITHDRAWAL OF DEBTOR'S LEGAL COUNSEL OF RECORD

Zions Bancorporation, N.A. f/k/a ZB, N.A. d/b/a Zions First National Bank ("Zions Bank"), a secured creditor of JLJ Farms, LLC (the "Debtor"), through counsel, respectfully moves this Court, *ex parte,* for the entry of an Order dismissing the above-captioned chapter 12 bankruptcy case (the "Bankruptcy Case") based upon the Debtor's failure to appear in the Bankruptcy Case through new legal counsel within twenty-one (21) days following the date of entry of the Court's *Order Approving Motion to Withdraw as Counsel of Record*, dated January 15, 2021 [Docket No. 86] (the "Withdrawal Order"), as ordered by the Court.  In support of this *ex parte* Motion, Zions Bank states as follows:

1. Pursuant to the Withdrawal Order, and following a hearing on January 4, 2021, the Court (i) granted the *Motion to Withdraw*, dated December 28, 2020 [Docket No. 72] (the "Withdrawal Motion"), filed by the Debtor's former legal counsel, D. Blair Clark and the Law Offices of D. Blair Clark PC, permitting Mr. Clark and his law firm to withdraw as legal counsel of record for the Debtor in the Bankruptcy Case; and (ii) ordered the Debtor to appear in the Bankruptcy Case through new legal counsel within twenty-one (21) days from the date of entry of the Withdrawal Order. (See, Withdrawal Order, p. 1).

2. The Withdrawal Order further provides that "Debtor's failure to appear in this case through new counsel within that twenty-one (21) day period shall be sufficient grounds for entry of an order dismissing this case *without further notice or hearing*." (Id.) (emphasis supplied).

3. The twenty-one (21) day deadline for the Debtor to appear in the Bankruptcy Case through new counsel expired on Friday, February 5, 2021. As of the date of this *ex parte* Motion, however, the Debtor has not complied with the Court's directive in the Withdrawal Order and appeared in the Bankruptcy Case through new legal counsel.

Based upon the foregoing, Zions Bank submits that sufficient cause exists for this Court to enter an Order granting this *ex parte* motion and dismissing the Bankruptcy Case without further notice or hearing. A proposed Order is submitted herewith.

DATED this 9th day of February, 2021.

RAY QUINNEY & NEBEKER P.C.

/s/ David H. Leigh
David H. Leigh
Michael D. Mayfield
Attorneys for Zions Bancorporation, N.A. f/k/a ZB, N.A. dba Zions First National Bank

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2021, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the Court's CM/ECF system, which sent a Notice of Electronic Filing on all electronic filing uses in this case.

I hereby further certify that on the 9th day of February, 2021, I caused a true and correct copy of the foregoing to be served on the following by depositing a copy of the same in the United States Mail, first-class postage prepaid, addressed as follows:

JLJ Farms, LLC
29862 Emmett Road
Caldwell, Idaho 83607


                                        Suzanne Williams