# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:**<br>**JLJ FARMS, LLC,**<br>Debtor. | **Case No. 20-00713-NGH**<br><br>**Chapter 12** |

## ORDER OF RECUSAL AND REASSIGNMENT

Pursuant to 28 U.S.C. § 455(a), on the Court's own motion, and not on the motion of any party, the undersigned bankruptcy judge hereby recuses himself from presiding over the above captioned case, Case No. 20-00713-NGH.  Moreover,

IT IS HEREBY ORDERED that this adversary proceeding is assigned to the Honorable Benjamin Hursh, United States Bankruptcy Judge, sitting through temporary transfer in Idaho based on the Ninth Circuit Judicial Counsel Order signed November 13, 2020.

DATED:  February 10, 2021

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

ORDER - 1