# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:** | **Case No. 20-00713-BPH** |
| **JLJ FARMS, LLC,** | |
| Debtor. | **Chapter 12** |

## ORDER DISMISSING CASE

On February 10, 2021, this case was assigned to the undersigned following the recusal of the Honorable Noah G. Hillen. Upon review of the record it appears to the Court that two pending matters are ripe: (1) the Application for Compensation at Doc. 78 ("Application"); and, (2) Court's Order at Doc. 86 ("Prior Order"). By separate order, the Application has been approved. This Order addresses the Dismissal Order.

On January 4, 2021, the Court held a hearing on a motion to withdraw filed by D. Blair Clark, Debtor's Counsel ("Counsel"). *See* Doc. No. 75 (minute entry). At the hearing, the Court determined Counsel would be allowed to withdraw after certain conditions were met. The Court also warned Debtor's managing members, who were present at the hearing, that as an entity Debtor was required to appear through new counsel or the case would be dismissed.

On January 15, the Court entered the Prior Order allowing Counsel to withdraw and giving Debtor twenty-one days to appear through new counsel. Doc. No. 86. The Prior Order allowing Counsel to withdraw expressly warned that Debtor's failure to

ORDER - 1

appear through new counsel within that twenty-one-day period would be sufficient grounds to dismiss the case without further notice or hearing.

To date, Debtor has failed to appear through new counsel. Therefore, consistent with the Prior Order and pursuant to LBR 9010.1(e)(3) and (f)(2), ("failure to appear in the action in person or through newly appointed counsel within that twenty-one (21) day period shall be sufficient grounds for entry of default or dismissal of the action without further notice") and good cause appearing,

IT IS HEREBY ORDERED that the above captioned case is DISMISSED.

DATED: February 10, 2021

_____
Hon BENJAMIN P. HURSH
U.S. BANKRUPTCY JUDGE
SITTING BY DESIGNATION
U.S. COURTS, DISTRICT OF IDAHO

ORDER - 2